UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:19-cr-0087-JRS-DLP |
| | ) | |
| RICHARD PIPPENS, JR., | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On August 15, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on July 29, 2022.  Defendant Pippens appeared in person with his appointed counsel Dominic Martin.  The government appeared by Brad Blackington, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Felecia Bain.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Pippens of his rights and provided him with a copy of the petition.  Defendant Pippens orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Pippens admitted violation number 1. [Docket No. 56.]

3. The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall refrain from any unlawful use of a controlled substance."** |

On June 22, 2022, Mr. Pippins submitted a urine sample which tested positive for marijuana. He denied any recent use of the substance, and the sample was forwarded to Alere Laboratory for confirmation. The urine test confirmed positive for marijuana, and a comparative analysis of his May 24, 2022, sample and the June 22, 2022, sample revealed he had reused marijuana between the two dates.

On July 21, 2022, Mr. Pippins submitted a urine sample which tested positive for marijuana, cocaine, and fentanyl. On July 28, 2022, the probation officer had a 3-way phone meeting with Mr. Pippins and his drug treatment counselor. During that conversation, he admitted to getting a "roxy" pill from a friend which he ingested. He further admitted the pill likely contained the substances detected in his drug screen.

As previously reported to the Court, the offender tested positive for marijuana, cocaine, and opiates, on August 6, 2021; marijuana on November 24, 2021, and May 24, 2022; and marijuana and fentanyl on February 25, 2022.

4. The parties stipulated that:

   (a)   The highest grade of violation is a Grade B violation.

   (b)   Defendant's criminal history category is V.

   (c)   The range of imprisonment applicable upon revocation of supervised release, therefore, is 18 to 24 months' imprisonment.

5. The government recommended a sentence of 24 months with no supervised release to follow. Defendant's counsel argued for a sentence less than 24 months with the ability to execute the sentence at a residential reentry or work release center with no supervised release to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that

his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 12 months and 1 day with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Date: 8/17/2022

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system